In the Matter of the Opening, etc., of Washington Avenue, etc.— Motion to intervene denied, with permission to the moving party to file a brief as *amicus curiæ*.    Present — Burr, Thomas, Rich and Putnam, JJ.

Eugenie H. Nicholson, Administratrix, etc., of Charles Nicholson, Deceased, Respondent, v. The City of New York, Appellant.— Motion for stay granted, provided the motion for reargument or for leave to appeal to the Court of Appeals is promptly brought to a hearing.    Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Meyer Rosenstein, Appellant, v. James McCutcheon, Respondent.— Motion to modify the order of May 29, 1914, denied, and motion for reargument denied, without costs.    Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Morris Schneider, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Motion for leave to file exceptions *nunc pro tunc* granted, on condition that the defendant stipulate to waive the costs and disbursements on appeal.    Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Hyman Suss, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Motion for leave to file exceptions *nunc pro tunc* granted, on condition that the defendant stipulate to waive the costs and disbursements on appeal.    Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Thomas Brennan, Respondent, v. New York and Queens Electric Light and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Anna Frances Burmester, Individually and as Executrix, etc., Respondent, v. Charles T. M. O'Brien, Appellant.— Order affirmed, without costs.    No opinion.    Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Ella De Calatrava, Respondent, v. Eleonora F. C. Reynolds and Others, Appellants.— Interlocutory judgment affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Jeannette Demuth, Respondent, v. Arthur T. Kemp and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Demuth* v. *New York Life Insurance & Trust Co.* (165 App. Div. 77), decided herewith. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Mary Dooley, as Administratrix, etc., Respondent, v. Hay Foundry and Iron Works, a Corporation, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Delia Flood, as Administratrix, etc., of Eugene Burns, Deceased, Respondent, v. George Howard Duval and Frederick Gilman, Appellants. — Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the evidence does not show that the deceased was a traffic policeman, as charged at folios 416 and 417.    Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.